| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS** |
| Case number (if known): _____ Chapter __7__ |

☐ Check if this is an amended filing

Official Form 201
**Voluntary Petition for Non-Individuals Filing for Bankruptcy** 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name** — **Trinity Plumbing, LLC**

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)** — 4 6 – 3 9 0 4 5 3 0

4. **Debtor's address**

   **Principal place of business**
   **PO Box 3251**
   Number   Street

   **Cedar Park     TX    78630**
   City           State  ZIP Code

   **Williamson**
   County

   **Mailing address, if different from principal place of business**
   Number   Street

   P.O. Box

   City   State   ZIP Code

   **Location of principal assets, if different from principal place of business**
   **Roger Gonzalez**
   Number   Street
   **2230 CR 274**

   **Bertram     TX     78605**
   City          State   ZIP Code

5. **Debtor's website (URL)**

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

---

Official Form 201           **Voluntary Petition for Non-Individuals Filing for Bankruptcy**           page 1

Debtor **Trinity Plumbing, LLC** _____ Case number (if known)_____

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

__2__ __3__ __8__ __2__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check all that apply:*

  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  - ☐ A plan is being filed with this petition.

  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

- ☐ Chapter 12

Debtor **Trinity Plumbing, LLC** _____  Case number (if known) _____

| | | |
|---|---|---|
| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes. District _____ When _____ Case number _____<br>　　　　　　　　　　　　　　　　　　MM / DD / YYYY<br>　　　District _____ When _____ Case number _____<br>　　　　　　　　　　　　　　　　　　MM / DD / YYYY<br>　　　District _____ When _____ Case number _____<br>　　　　　　　　　　　　　　　　　　MM / DD / YYYY |
| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes. Debtor _____ Relationship _____<br>　　　District _____ When _____<br>　　　　　　　　　　　　　　　　MM / DD / YYYY<br>　　　Case number, if known _____<br><br>　　　Debtor _____ Relationship _____<br>　　　District _____ When _____<br>　　　　　　　　　　　　　　　　MM / DD / YYYY<br>　　　Case number, if known _____ |
| 11. | **Why is the case filed in _this district_?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

Debtor  **Trinity Plumbing, LLC** _____    Case number (if known) _____

| | | |
|---|---|---|
| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>Number    Street<br>_____<br>_____   _____   _____<br>City    State   ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>Contact name _____<br>Phone _____ |

### Statistical and adminstrative information

| | | |
|---|---|---|
| 13. | **Debtor's estimation of available funds** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| 14. | **Estimated number of creditors** | ☑ 1-49  ☐ 1,000-5,000  ☐ 25,001-50,000<br>☐ 50-99  ☐ 5,001-10,000  ☐ 50,001-100,000<br>☐ 100-199  ☐ 10,001-25,000  ☐ More than 100,000<br>☐ 200-999 |
| 15. | **Estimated assets** | ☐ $0-$50,000  ☐ $1,000,001-$10 million  ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000  ☐ $10,000,001-$50 million  ☐ $1,000,000,001-$10 billion<br>☑ $100,001-$500,000  ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million  ☐ $100,000,001-$500 million  ☐ More than $50 billion |
| 16. | **Estimated liabilities** | ☐ $0-$50,000  ☐ $1,000,001-$10 million  ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000  ☐ $10,000,001-$50 million  ☐ $1,000,000,001-$10 billion<br>☑ $100,001-$500,000  ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million  ☐ $100,000,001-$500 million  ☐ More than $50 billion |

Debtor **Trinity Plumbing, LLC** _____ Case number (if known) _____

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **09/28/2023**
MM / DD / YYYY

X **/s/ Valerie Garza**
Signature of authorized representative of debtor

**Valerie Garza**
Printed name

**Managing Member**
Title

**18. Signature of attorney**

X **/s/ Michael J OConnor** Date **09/28/2023**
Signature of attorney for debtor MM / DD / YYYY

**Michael J OConnor**
Printed name

**Michael J OConnor, Attorney**
Firm name

**The Spectrum Building**
Number         Street

**613 NW Loop 410, Ste. 840**

**San Antonio** **TX** **78216**
City State ZIP Code

**(210) 729-6009** **oconnorlaw@gmail.com**
Contact phone Email address

**15187400** **TX**
Bar number State

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 5

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **Trinity Plumbing, LLC**　　　　　　　　　　　　　　CASE NO

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER　 **7**

## VERIFICATION OF CREDITOR MATRIX

　　　The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  9/28/2023　　　　　　　　　　　　Signature  /s/ Valerie Garza
　　　　　　　　　　　　　　　　　　　　　　　　　　*Valerie Garza*
　　　　　　　　　　　　　　　　　　　　　　　　　　*Managing Member*


Date　　　　　　　　　　　　　　　　　Signature

8X8
675 Creekside Way
Campbell, CA 95008


AT&T Bankruptcy
4331 Communications Dr.
Flw 4W
Dallas, TX 75211


Central Texas Refuse
PO Box 18685
Austin, TX 78760


Cray Networks
2407 Bagdad Rd.
Leander, TX 78641


Derek Boyls & Laura Boyls
3700 CR 258
Liberty Hill, TX 78642


Elev8 Builders
2121 Lohmans Crossing Rd. 504-295
Austin, TX 78734


Enertech Builders
3915 Crawford Rd.
Austin, TX 78669


Eppright Homes LLC
13301 Galleria Crir B-175
Bee Cave, TX 78738


Frank A Ward
600 W Round Rock Dr. Ste705
Round Rock, TX 78681

```
Glen Screw Custom Homes
11701 FM 2244 Ste 201
Austin, TX  78738



Grandview Custom Homes, LLC
Attn. Taylor O'Brien
900 Ranch Road 620 South
Ste C-101-213
Austin, TX  78734

Humana Health
PO Box 4612
Carol Stream, IL 60197-4612



Infinity Insurance
11700 Great Oaks Way #450
Alpharetta, GA  30022



J5 Construction
3108 Thousand Oaks Dr.
Austin, TX  78746



Jason Walker
Andrews Myers
1885 Saint James Pl. 15th Fl
Houston, TX 77056


Lance M. Musslewhite
1108 Remington
Leander, TX  78641



Matt Rygg
Matt Rygg Homes, LLC
119 Victorian Gable
Driftwood, TX  78619


Mezger Homes
4131 Spicewood Springs Rd. C7
Austin, TX  78759
```

```
MORSCO
100 East 15th St. Ste. 200
Fort Worth, TX 76102



Prestige Custom Homes
PO Box 340939
Lakeway, TX  78734



Ray Tonjes Builder
12401 Hymeadow Dr. #1A
Austin, TX  78750



Roger Gonzalez
2230 CR 274
Bertram, TX  78605



Seven Custom Homes
1921 Lohmans Crossing Rd. #100
Austin, TX  78734



Spectrum Charter
PO Box 60074
City of Industry, CA 91716-0074



T. Locke Construction LLC
705 Walsh Hill Trail
Cedar Park, TX  78613



Texas Plumbing Supply
9333 S. Sam Houston Pkwy W
Ste. 400
Missouri City, TX  77489



Tom Hobbs Co.
Austin, TX  78733
```

```
Travis Creek Homes
PO Box 342076
Austin, TX  78734


Travis J. Phillips
Attorney at Law
507 West 10th St.
Austin, TX  78701


TXU Energy
PO Box 650638
Dallas, TX  75265-0638


Valerie Garza
611 Beverly Ln
Leander, TX  78641


VII Custom Homes
1921 Lohman's Crossing #100
Austin, TX  78734


Vintage Builders
2802 Flintrock Trace
Lakeway, TX  78738


Williamson Co. Tax Assessor
904 S. Main St.
Georgetown, TX  78626


Winston Water Cooler Supply
5100 TX-276
Royse City, TX  75189


Winston Water Cooler Supply
PO Box 734472
Dallas, TX  75373
```